FILED
2025 Oct-09 PM 03:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex *rel.* BLOCKQUOTE INC.,<br><br>Plaintiff-Relator,<br><br>v.<br><br>EBZ SYSTEC INC.,<br><br>Defendant. | NO. ___________________<br><br>COMPLAINT AND JURY DEMAND<br><br>**Filed Under Seal**<br>pursuant to<br>31 U.S.C. § 3730(b)(2) |

# <u>COMPLAINT</u>

1. Relator Blockquote, Inc. ("Relator") brings this action on behalf of itself and the United States of America against Defendant EBZ SysTec Inc. for violations of the federal False Claims Act, 31 U.S.C. §§ 3729 *et seq*.

2. This action seeks to recover funds that were loaned to Defendant through the federal Government's Paycheck Protection Program ("PPP") and forgiven by the Government as a result of false applications.

3. Defendant received Second Draw PPP loan forgiveness totaling more than $914,024.

4. Notwithstanding that they had common ownership and common management and the companies totaled more than 300 employees.

5. Defendant was not eligible for a Second Draw PPP loan because under the SBA's affiliation rules—which were clarified in May 2020 to include domestic and

foreign affiliates—EBZ Systec Inc. and its affiliates employed more than 300 employees.

## JURISDICTION AND VENUE

6. This Court has jurisdiction over this action pursuant to 31 U.S.C. § 3732(a) and 28 U.S.C. §§ 1331, 1345.

7. Venue is proper in this district under 28 U.S.C. §§ 1391(b) and 31 U.S.C. § 3732(a), as defendant resides and transacts business in this jurisdiction and violations of the False Claims Act described herein occurred in this district.

## PARTIES

8. Relator Blockquote, Inc. is a company based in California that produces public interest research, news reporting, and investigations.

9. The EBZ Group is one of the world's leading equipment manufacturers and engineering service providers for body technology in the automotive industry. It is made up of parent company EBZ SE in Germany and its various subsidiaries.

10. Defendant EBZ SysTec Inc. is a wholly owned American subsidiary of the EBZ Group. It has a principal address of 22251 Diesel Drive, McCalla, AL 35111.

## THE PAYCHECK PROTECTION PROGRAM

11. During the COVID-19 pandemic, Congress passed the Coronavirus Aid, Relief, and Economic Security Act ("CARES Act"). Section 1102 of the CARES Act contains a program called the Paycheck Protection Program ("PPP"), a

program administered by the U.S. Small Business Administration ("SBA") to provide economic relief to small businesses nationwide adversely impacted by the coronavirus pandemic.

12. Section 1102 of the CARES Act temporarily permitted SBA to guarantee 100% of the PPP loans. Section 1106 of the CARES Act provided for forgiveness of up to the full principal amount of qualifying loans guaranteed under the PPP.

13. The CARES Act gives lenders delegated authority to process loan applications for PPP funding. SBA allowed lenders to rely on certifications of the borrowers in order to determine eligibility of the borrower and use of loan proceeds, and to rely on specified documents provided by the borrower to determine qualifying loan amount, and eligibility for loan forgiveness.

14. Under the First Draw program, lenders were compensated by the federal government via processing fees based on the balance of the financing outstanding at the time of final disbursement, in the following amounts:

- Five (5) percent for loans of not more than $350,000;
- Three (3) percent for loans of more than $350,000 and less than $2,000,000; and
- One (1) percent for loans of at least $2,000,000.

15. Borrowers had to submit documentation necessary to establish eligibility such as payroll processor records, payroll tax filings, form 1099s, income and

expenses documentation.

16. In general, the maximum amount borrowers could borrow was calculated by aggregating payroll costs from the previous year, with annual employee salaries capped at $100,000. The borrower then calculated the average monthly payroll cost and multiplied that amount by a factor of 2.5.

17. The Economic Aid Act (P.L. 116-260, in the Consolidated Appropriations Act of 2021), authorized and funded a Second Draw PPP Loan program.

18. For Second Draw PPP Loans, lenders were compensated by the federal government via processing fees based on the balance of the financing outstanding at the time of final disbursement, in the amount of five (5) percent for loans of more than $50,000 and not more than $350,000, and in the amount of three (3) percent for loans above $350,000.

19. Each borrower certified on the First and Second Draw loan applications that they were eligible to receive the loans under the program guidelines and that their applications and supporting documentation were accurate.

20. Borrowers were later able to seek forgiveness of the loans if the funds were used for eligible payroll costs, payments on business mortgage interest payments, rent, or utilities during either the 8- or 24-week period after disbursement.

## PPP LOANS

21. EBZ SysTec Inc. was approved for a First Draw PPP loan of $912,500 by

Regions Bank on April 13, 2020. It reported 52 jobs. The loan, plus interest, was forgiven, for a total of $918,550.

22. EBZ SysTec Inc. was approved for a Second Draw PPP loan of $908,870 by Regions Bank on April 14, 2021. It reported 47 jobs. This loan, plus interest, was forgiven, for a total of $914,024.

23. When the PPP rules were first introduced, there was confusion regarding whether applicants with foreign affiliates were supposed to include their employees or revenues when considering eligibility. As discussed below, on May 5, 2020, the SBA issued guidance in one of the program FAQs indicating that they were included in the affiliation count, and on May 21, 2020, an Interim Final Rule was published that again clarified that foreign employees were to be included. 85 Fed. Reg. 30835, 30836. However, because the rule had been previously unclear, the SBA exercised enforcement discretion to not find a borrower ineligible under this calculation including foreign employees if it applied for the PPP loan prior to May 5, 2020. *Id.* at 30837.

24. EBZ SysTec Inc. was not eligible for the Second Draw loan because, when including employees of affiliated entities, including its parent company and affiliated subsidiaries, it exceeded the requisite size standard.

**A. Application of the Affiliation Rules to Foreign Entities**

25. When multiple entities are operated under common ownership or

management, the SBA generally applies “affiliation rules” that require the various entities to consolidate their employee count when evaluating their loan eligibility.

26. Under the Interim Final Rule published and effective May 21, 2020, “Paycheck Protection Program—Treatment of Entities With Foreign Affiliates,” the SBA clarified that:

> SBA’s affiliation rules provide that in determining an entity’s number of employees, employees of the entity ‘‘and all of its domestic and foreign affiliates’’ are included. As a result, in most cases, a borrower is considered together with its U.S. and foreign affiliates for purposes of determining eligibility for the PPP…. To provide further clarification of this methodology, SBA issued guidance on May 5, 2020 (FAQ 44) stating that an applicant must count all of its employees and the employees of its U.S. and foreign affiliates, absent a waiver of or an exception to the affiliation rules.

85 Fed. Reg. 30835, 30836.

27. The Interim Final Rule, Section I, concluded, unequivocally, that “If an applicant, together with its domestic and foreign affiliates, does not meet the 500-employee or other applicable PPP size standard, it is not eligible for a PPP loan.” *Id.*

28. The Interim Final Rule repeated this requirement again in Section II:

> Therefore, to calculate the number of employees of an entity for purposes of determining eligibility for the PPP, an entity must include all employees of its domestic and foreign affiliates, except in those limited circumstances where the affiliation rules expressly do not apply to the entity. Any entity that, together with its domestic and foreign affiliates, does not meet the 500-employee or other applicable PPP size standard is therefore ineligible for a PPP loan.

*Id.* at 30836-37 (footnote omitted).

29. The Second Draw PPP program adopted, in relevant part, these same affiliation rules, except that the employee count was reduced from 500 to 300, as was consistent with the change in the general eligibility requirements. 86 Fed. Reg. 3712, 3714-15 (January 12, 2021), codified in 13 C.F.R. § 121.

**B. Affiliation Rule Waiver Requirements**

30. To avoid application of the affiliation rules, EBZ SysTec Inc. would have to meet one of three affiliation rule waiver requirements.

31. Pursuant to 86 FR 3712, 3714-15 (Jan. 14, 2021), the affiliation rules are waived under the PPP program for any of the following three reasons: (1) any business concern with less than 300 employees that, as of the date on which the loan is funded, is assigned a North American Industry Classification System (NAICS) code beginning with the digits 72; (2) any business concern operating as a franchise that is assigned a franchise identifier code by the U.S. SBA; and (3) any business concern that "receives financial assistance from a company licensed under section 301 of the Small Business Investment Act of 1958," *i.e.*, a "small business investment company." "Financial assistance" includes any type of financing listed in 13 C.F.R. § 107.50, including loans and equity. Paragraph 7(a)(36)(D)(iv) of the Small Business Act (15 U.S.C. 636(a)(36)(D)(iv)).

32. Upon information and belief, none of these waivers apply. EBZ SysTec Inc. was not assigned a NAICS code for a food and beverage business, nor has it been

assigned a franchise identifier code. It is also extremely unlikely that a company held by a multinational conglomerate headquartered in Germany would have applied for SBIC lending.

**C. EBZ SysTec Inc. was Affiliated with the Other Entities in the EBZ Group.**

33. When multiple entities are operated under common ownership or management, the SBA generally applies "affiliation rules" that require the various entities to consolidate their employee count when evaluating their loan eligibility. Concerns and entities are affiliates of each other when one controls or has the power to control the other, or a third party or parties controls or has the power to control both. It does not matter whether control is exercised, so long as the power to control exists.

34. EBZ SysTec Inc. was affiliated with the other entities making up the EBZ Group under the ownership and management tests.

35. The "affiliation based on ownership" test states that:

> For determining affiliation based on equity ownership, a concern is an affiliate of an individual, concern, or entity that owns or has the power to control more than 50 percent of the concern's voting equity. If no individual, concern, or entity is found to control, SBA will deem the Board of Directors or President or Chief Executive Officer (CEO) (or other officers, managing members, or partners who control the management of the concern) to be in control of the concern.

36. According to the EBZ Group's Consolidated Financial Statements, the EBZ Group owned 100% of all but one of its thirteen domestic (i.e., German) and eight

foreign companies, and it owned 75% of the final company.

37. The "affiliation based on management" test states that:

> Affiliation arises where the CEO or President of the applicant concern (or other officers, managing members, or partners who control the management of the concern) also controls the management of one or more other concerns. Affiliation also arises where a single individual, concern, or entity that controls the Board of Directors or management of one concern also controls the Board of Directors or management of one of more other concerns. Affiliation also arises where a single individual, concern or entity controls the management of the applicant concern through a management agreement.

38. The EBZ Group's Consolidated Financial Statements and website make clear that its Board—EBZ SE's CEO, CFO, and COO—is ultimately responsible for managing all of its locations, including EBZ Systec Inc.

**D. Application of the Eligibility Test**

39. On its Second Draw loan application, EBZ SysTec Inc. reported 47 jobs, which was limited to employees of the domestic entity and did not include foreign employees.

40. The EBZ Group's Consolidated Financial Statements reported that the EBZ Group employed a total of 1,537 people in 2019, 1,501 people in 2020, and 1,526 people in 2021.

41. Thus, at all relevant times, EBZ SysTec Inc. and its affiliates exceeded the 300-employee threshold for Second Draw loan eligibility.

## FALSE CERTIFICATIONS

42. The Second Draw PPP Borrower Application Form required the applicant to certify in good faith that, *inter alia*:

> (1) The Applicant is eligible to receive a loan under the rules in effect at the time this application is submitted that have been issued by the Small Business Administration (SBA) and the Department of the Treasury (Treasury) implementing Second Draw Paycheck Protection Program Loans under Division A, Title I of the Coronavirus Aid, Relief, and Economic Security Act (CARES Act) and the Economic Aid to Hard-Hit Small Businesses, Nonprofits, and Venues Act (the Paycheck Protection Program Rules).
>
> (2) The Applicant, together with its affiliates (if applicable)... employs no more than 300 employees…

43. The loan application also required applicants to report "Number of Employees (including affiliates, if applicable; may not exceed 300 unless "per location" exception applies)."

44. EBZ SysTec Inc. had to make these certifications and statement when applying for the Second Draw PPP loan. They were false when made because they failed to adequately disclose the employees of its foreign affiliates.

## CONCLUSION

45. EBZ SysTec Inc. was not eligible for the Second Draw funding because, including affiliates, it exceeded the 300-employee limitation.

46. EBZ SysTec Inc. should be required to repay the Second Draw PPP loan and interest that was forgiven by the federal government, plus processing fees and penalties.

## COUNT I
## VIOLATIONS OF 31 U.S.C. § 3729
## FALSE CLAIMS ACT

47. Relator hereby incorporates and realleges all other paragraphs as if fully set forth herein.

48. As set forth above, Defendant knowingly presented or caused to be presented false or fraudulent claims for payment or approval, in violation of 31 U.S.C. § 3729(a)(1)(A).

49. As set forth above, Defendant knowingly made, used, or caused to be made or used, false records or statements material to numerous false claims, in violation of the False Claims Act, 31 U.S.C. § 3729(a)(1)(B).

50. Due to Defendant's conduct, the United States Government has suffered substantial monetary damages and is entitled to recover treble damages and a civil penalty for each false claim, record, or statement. 31 U.S.C. § 3729.

51. Relator is entitled to reasonable attorneys' fees, costs, and expenses. 31 U.S.C. § 3730(d)(1).

## PRAYER FOR RELIEF

WHEREFORE, Relator prays for judgment against Defendant:

(a) awarding the United States treble damages sustained by it for each of the false claims;

(b) awarding the United States a maximum civil penalty for each of the false claims and statements;

(c) awarding Relator the maximum relator's share of the proceeds of this action and any alternate remedy or the settlement of any such claim;

(d) awarding Relator litigation costs and reasonable attorneys' fees and expenses; and

(e) granting such other relief as the Court may deem just and proper.

**DEMAND FOR JURY TRIAL**

Relator hereby respectfully demands trial by jury on all issues and counts triable as of right before a jury.

Respectfully submitted,

M. Blake Milner
Alabama Bar ID: ASB- I21M-7744
**OF COUNSEL**
**SINGLETON SCHREIBER, LLP**
1143 1st Avenue South, Suite 113
Birmingham, Alabama 35233
Telephone: (619) 342-1355
Facsimile: (916) 883-2647
Email: bmilner@singletonschreiber.com

Jason Marcus (*applying for pro hac vice*)
Georgia Bar No. 949698
**Bracker & Marcus LLC**
3355 Lenox Road, Suite 660
Atlanta, Georgia 30326
Telephone: (770) 988-5035
Facsimile: (678) 648-5544
Jason@fcacounsel.com